**Nanette G. LOVE, Plaintiff–Appellant,**

v.

**John POTTER, Postmaster General, USPS; Philip O. Burns, MDO; Rose Gray, Postmaster, Defendants–Appellees.**

No. 06–1514.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 6, 2006.

Decided: Oct. 30, 2006.

Nanette G. Love, Appellant Pro Se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nanette G. Love appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Love v. Potter*, No. 1:03–cv–00746–FWB, 2006 WL 519684 (M.D.N.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*